No. 9, original. ILLINOIS v. INDIANA ET AL. November 18, 1946. The Interim Report of the Special Master and his Special Report as to Shell Oil Company and The Texas Company are received and ordered filed.

No. 670. MOTORISTS MUTUAL INSURANCE Co. v. HENDERSHOT, ADMINISTRATOR. November 25, 1946. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Wilbur E. Benoy* for appellant. *James M. Hinton* for appellee.

No. 64, Misc. Ex PARTE JEFFRIES. November 25, 1946. The motion for leave to file petition for writ of habeas corpus is denied.

No. 65, Misc. Ex PARTE WILSON. November 25, 1946. The motion for leave to file petition for writ of habeas corpus and petition for ancillary writ of certiorari are denied.

No. 66, Misc. Ex PARTE MITCHELL. November 25, 1946. The application is denied.